# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132711

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

        SC: 132711
        COA: 274204
        Calhoun CC: 94-001863-FC

ERIC LEON WILLIAMS,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

d0521